DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIM GOLDMINTZ,**
Appellant,

v.

**RICHARD TICKTIN** and **SYNERGY LABS, LLC,**
Appellees.

No. 4D21-3001

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. FMCE06-004041 (36/91).

Barry S. Franklin of Barry S. Franklin & Associates, P.A., Aventura, for appellant.

Peter Ticktin and Michael McCormick, Jr. of The Ticktin Law Group, Deerfield Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***